IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-00346-01-CR-S-DGK |
| | ) | |
| JAVIER S. HERNANDEZ-CARRILLO, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court are Defendant's Motion to Suppress Evidence and Statements (Doc. 24), Defendant's Suggestions in Support (Doc. #35), the Government's responses (Docs. 25 & 37), and United States Magistrate Robert E. Larsen's Report and Recommendation (Doc. 38). The Court has also reviewed the transcript from the hearing (Doc. 28).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, the Court hereby ORDERS that Magistrate Judge Larsen's Report and Recommendation be ADOPTED. Defendant's Motion to Suppress Evidence and Statements (Doc. 24) is hereby DENIED.

**IT IS SO ORDERED**

Date: August 3, 2009         /s/ Greg Kays
                             GREG KAYS, JUDGE
                             UNITED STATES DISTRICT COURT