IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 08-00346-01-CR-W-NKL |
| JAVIER S. HERNANDEZ-CARRILLO, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Pursuant to the Report and Recommendation of United States Magistrate Judge Robert E. Larsen, to which no objection has been filed, the pleas of guilty to Counts I and III of the Indictment are accepted. Defendant is adjudged guilty of such offenses. Sentencing will be set by subsequent order of the Court.

 s/ NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
United States District Judge

Kansas City, Missouri
October 14, 2009